IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDWIN GUS SCHNEIDER #867105 | § § | |
| v. | § | C.A. NO. C-12-233 |
| | § | |
| JIM KAELIN, ET AL. | § § | |

## OPINION GRANTING PLAINTIFF'S MOTION FOR A JURY TRIAL

Plaintiff is an inmate in the Texas Department of Criminal Justice, Correctional Institutions Division, and is currently incarcerated at the Coffield Unit in Tennessee Colony, Texas. Proceeding pro se, he filed a civil rights action pursuant to 42 U.S.C. § 1983. (D.E. 1). Pending is his motion for a jury trial. (D.E. 34).

The Federal Rules of Civil Procedure note that "[t]he right of trial by jury as declared by the Seventh Amendment to the Constitution–or as provided by a federal statute–is preserved to the parties inviolate." Fed. R. Civ. P. 38(a); see also U.S. Const. amend. VII. Plaintiff has adequately made a jury demand in this action. See Fed. R. Civ. P. 38(b).

For the foregoing reasons, plaintiff's motion for a jury trial, (D.E. 34), is GRANTED.

ORDERED this 30th day of November 2012.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE